UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JEROME R. KLEIN, | Case No. 18-CV-0684 (PJS/DTS) |
| Plaintiff, | |
| v. | ORDER |
| THE TRAVELERS COMPANIES, INC., | |
| Defendant. | |

Jerome R. Klein, pro se.

Andrew J. Voss and Michael R. Link, LITTLER MENDELSON, P.C., for defendant.

This is an age-discrimination and retaliation case brought by plaintiff Jerome R. Klein against his former employer, The Travelers Companies, Inc. ("Travelers"). Klein initially sued Travelers in state court, asserting claims under both federal and state law. Travelers removed the case to federal court. ECF No. 1. This Court has original jurisdiction over Klein's federal claims under 28 U.S.C. § 1331, and supplemental jurisdiction over Klein's state claims under 28 U.S.C. § 1367.

This matter is before the Court on Klein's motion to remand and Travelers's motion to dismiss. The Court held a hearing on the motions on May 14, 2018. At that hearing, Klein informed the Court that he wished to litigate this case in state court, and therefore would waive all of his federal claims. The Court questioned Klein to ensure that he understood that, if he waived his federal claims, the Court would grant his

motion to remand, but he would no longer be able to pursue any claims or seek any relief under federal law.  Klein said that he understood, said again that he wished to waive his federal claims, and asked that his state claims be remanded.  (It should be noted that Klein is an attorney who practiced as a trial lawyer for many years.)

The Court will grant Klein's request.  The Court will dismiss Klein's federal claims with prejudice, as he voluntarily, knowingly, and intelligently waived those claims.  The Court will also remand Klein's state claims, as the Eighth Circuit has instructed that, when a district court disposes of federal claims before trial, the district court should generally decline to exercise supplemental jurisdiction over related state claims.  *See Hervey v. Cty. of Koochiching*, 527 F.3d 711, 726–27 (8th Cir. 2008).

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1.  Plaintiff's oral motion to dismiss all of his federal claims is GRANTED.  All of the claims made by plaintiff under federal law are DISMISSED WITH PREJUDICE.

2.  Defendant's motion to dismiss plaintiff's complaint [ECF No. 5] is GRANTED IN PART AND DENIED WITHOUT PREJUDICE IN PART.  Specifically, the motion is GRANTED as to all of the claims made by plaintiff under federal law, and those claims

are DISMISSED WITH PREJUDICE.  The motion is DENIED WITHOUT PREJUDICE as to all of the claims made by plaintiff under state law.

    3.  Plaintiff's motion to remand [ECF No. 13] is GRANTED IN PART.  All of the claims made by plaintiff under state law are REMANDED to the Minnesota District Court, Second Judicial District.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 14, 2018                    s/Patrick J. Schiltz
                                               Patrick J. Schiltz
                                               United States District Judge